IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

STEVEN HARRISON SMITH,

      Appellant,

                                  Case No. 5D22-1242

v.                                LT Case No. 2018-CF-010369-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed December 13, 2022

3.850 Appeal from the Circuit Court
for Brevard County,
Charles G. Crawford, Judge.

Joseph C. Flynn, III, of NeJame
Law, P.A., Orlando, for Appellant.

No Appearance for Appellee.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., EVANDER and WALLIS, JJ., concur.